**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **CHAUNCEY DAVIS,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:09-CV-73 (HL) |
| | : | |
| | : | |
| **CARLTON POWELL, et al,** | : | |
| | : | |
| Defendants | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 11) filed September 22, 2009 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

There were no objections to the Magistrate Judge's Recommendation filed within the time allowed.

**SO ORDERED,** this the 15th day of July, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**