# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**CHAUNCEY DAVIS,**

    Plaintiff,

v.

**CARLTON POWELL, et al.,**

    Defendants.

Civil Action 7:09-CV-73 (HL)

## ORDER

This case is before the Court on Plaintiff's Motion for Reconsideration (Doc, 55). Plaintiff has asked the Court to reconsider its order entered on August 13, 2010 granting Defendants' Motion for Summary Judgment, and subsequent judgment in Defendants' favor.

Local Rule 7.6 provides that motions for reconsideration are to be filed within 14 days after the entry of the order or judgment. Plaintiff seeks reconsideration of an order and judgment filed almost one year ago. The Motion is clearly untimely. Therefore, the Motion for Reconsideration (Doc. 55) is denied.

**SO ORDERED**, this the 15th day of August, 2011.

                        *s/ Hugh Lawson*
                        **HUGH LAWSON, SENIOR JUDGE**

mbh