IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHAUNCEY DAVIS, : | |
| Plaintiff : | |
| VS. : | CIVIL ACTION NO.: 7:09-CV-73 (HL) |
| CARLTON POWELL, *et al.*, : | |
| Defendants : | |

**ORDER**

Plaintiff **CHAUNCEY DAVIS,** has filed a motion to proceed *in forma pauperis* on appeal (ECF No. 60) from the Court's August 13, 2010 Order (ECF No. 42) that adopted the United States Magistrate Judge's Recommendation that Defendants' motion for summary judgment be granted (ECF No. 39). In the Court's best judgment, an appeal from that Order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3).

Having been carefully considered, Plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

If Plaintiff wishes to proceed with his appeal, he must pay the entire $455.00 appellate filing fee. Because Plaintiff has stated that he cannot pay the $455.00 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to §1915(b), the prison account custodian where Plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to Plaintiff's account until the $455.00 appellate filing fee has been paid in full. Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $10.00 until the total filing fee of $455.00 has been paid. Checks should be made payable to "Clerk, U.S. District Court."

The Clerk of Court is **DIRECTED** to mail a copy of this Order to the custodian of the prison in which Plaintiff is incarcerated.

**SO ORDERED AND DIRECTED** this 25th day of October, 2011.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

lnb